AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Wade; and
Animal Protection Institute,

**SUMMONS IN A CIVIL CASE**

V.

U.S. Fish and Wildlife Service.

CASE NUMBER:   1:06CV01132 RWR

TO: (Name and address of Defendant)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin L. Cooley
Environmental Law Clinic
University of Denver, Strum College of Law
2255 E. Evans Ave.
Denver. CO 80208

an answer to the complaint which is served on you with this summons, within __**sixty (60)**__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              JUL 12 2006

CLERK                                                DATE

*(signature)*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 25, 2006 |
| NAME OF SERVER (PRINT) James Jay Tutchton | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served by Certified Mail, Return Receipt Requested on July 25, 2006

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 1, 2006
Date

*Signature of Server*

University of Denver, Sturm College of Law
2255 E. Evans Ave, Denver, CO 80111
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.