UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DAVID WADE, ET AL.,               )
                                  )   Civ. No. 06-1132
        Plaintiffs,               )
    vs.                           )
                                  )
U.S. FISH AND WILDLIFE SERVICE    )
                                  )
        Defendant.                )
                                  )

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, Federal Defendant, by and through counsel, hereby moves the court for an extension, until November 3, 2006, of the date on which Federal Defendant's answer to Plaintiffs' complaint shall be due for filing in the above captioned case. This extension is requested because the parties are currently conferring about settlement of this litigation. Counsel for Federal Defendant contacted counsel for Plaintiffs, who stated that Plaintiffs are not opposed to this motion. Therefore Federal Defendant respectfully request an extension, until November 3, 2006, for Federal Defendant's answer to Plaintiffs' complaint.

Dated:   September 29, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief


*S/ Courtney Taylor*
_____
COURTNEY TAYLOR, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 353-7548
Facsimile: (202) 305-0275

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER** was served by ECF, on September 29, 2006, on the following counsel of record:

Robin Cooley
Jay Tutchton
Environmental Law Clinic
University of Denver Strum College of Law
2255 East Evans Avenue, Room 365h
Denver, CO 80208

*S/ Courtney Taylor*
_____
COURTNEY TAYLOR