UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID WADE, ET AL., )<br>　　　　　　　　　　　　　　　　　　　　) <br>　　　　　Plaintiffs, )<br>　vs. )<br>　　　　　　　　　　　　　　　　　　　　)<br>U.S. FISH AND WILDLIFE SERVICE )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　　) | Civ. No. 06-1132 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, Federal Defendant, by and through counsel, hereby moves the court for an extension, until November 24, 2006, of the date on which Federal Defendant's answer to Plaintiffs' complaint shall be due for filing in the above captioned case.  This extension is requested because the parties have reached a settlement in principal, but Federal Defendants must receive final approval for such settlement. Counsel for Federal Defendants contacted counsel for Plaintiffs, who stated that Plaintiffs are not opposed to this motion.  Therefore Federal Defendant respectfully request an extension, until November 24, 2006, for Federal Defendant's answer to Plaintiffs' complaint or to file a joint stipulated settlement.

Dated:   November 2, 2006

        Respectfully submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        JEAN WILLIAMS, Chief
        LISA L. RUSSELL,  Assistant Chief


        *S/ Courtney Taylor*
        _____
        COURTNEY TAYLOR, Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 353-7548
        Facsimile: (202) 305-0275

        Attorneys for Defendants



Based upon the Federal Defendant's Unopposed Motion for Extension of Time to File Answer, and good cause shown,

    NOW, THEREFORE, IT IS HEREBY ORDERED, that Federal Defendant's motion is GRANTED.  Federal Defendant's Answer shall be filed no later than November 24, 2006.


DATED this _____ day of _____, 2006


        _____
        Honorable Richard W. Roberts
        United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER** was served by ECF, on November 2, 2006, on the following counsel of record:

Robin Cooley
Jay Tutchton
Environmental Law Clinic
University of Denver Strum College of Law
2255 East Evans Avenue, Room 365h
Denver, CO 80208

*S/ Courtney Taylor*
_____
COURTNEY TAYLOR