UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID WADE, ET AL., | ) |
| | ) Civ. No. 06-1132 |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| U.S. FISH AND WILDLIFE SERVICE | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL and ▊▊▊▊▊▊ ORDER**

By this action, which challenges Federal Defendants' compliance with Section 4(b)(3)(B)

of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533(b)(3)(B), to issue a 12-month finding

on whether the petition to list the New England Cottontail is warranted, Plaintiffs sought an

order from this Court requiring Federal Defendants to prepare a 12-month finding for the New

England Cottontail.  On September 12, 2006, Federal Defendants published a finding under

Section 4(b)(3)(B) in the Candidate Notice of Review (CNOR), concluding that the petition

presented substantial scientific or commercial information indicating that listing the Cottontail as

endangered is warranted, but precluded. *See* 71 Fed. Reg. 53,756, 53,758 (sept. 12, 2006).  The

Service assigned a listing priority of 2 to the species. *Id.*

In light of the foregoing, the parties, by and through their undersigned counsel of record,

hereby stipulate, subject to the Court's order, as follows:

1. In the interest of judicial economy, this case should be dismissed pursuant to Federal

Rule of Civil Procedure 41(a)(1);

    2. The Federal Defendants agree to pay the Plaintiffs' costs of $350.00, pursuant to

Section 11(g) of the ESA, 16 U.S.C. § 1540 (g).  A check will be made payable in that amount to

Environmental Law Clinic, University of Denver, Sturm College of Law.  Defendants agree to

submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office,

pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business days of receipt of the signed court

order approving this stipulation.  Plaintiffs agree to accept payment of $350.00  in full

satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs are

entitled in the above-captioned litigation.  Plaintiffs agree that receipt of this payment from

Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this

matter.

Dated:  November 22, 2006

                          Respectfully submitted,

                          SUE ELLEN WOOLDRIDGE
                          Assistant Attorney General

                          JEAN WILLIAMS, Chief
                          LISA L. RUSSELL,  Assistant Chief


                          *S/ Courtney Taylor*
                          _____
                          COURTNEY TAYLOR, Trial Attorney
                          U.S. Department of Justice
                          Environment & Natural Resources Division
                          Wildlife & Marine Resources Section
                          Ben Franklin Station, P.O. Box 7369
                          Washington, D.C. 20044-7369
                          Telephone: (202) 353-7548
                          Facsimile: (202) 305-0275

                          Attorneys for Defendants

*S/ Jay Tutchton*

James J. Tutchton
Environmental Law Clinic
University of Denver, Sturm College of Law
2255 E. Evans Ave. Room 365H
Denver, Colordao 80208
(ph) 303-871-6034
(fax) 303-871-6991
(e-mail) jtutchton@law.du.edu
Attorneys for Plaintiffs

## ██████ ORDER

Pursuant to the foregoing stipulation of the parties, IT IS ORDERED that this case is

dismissed with prejudice. Further, it is ordered that Defendants shall reimburse Plaintiffs' costs

of $350.00 pursuant to Section 11(g) of the Endangered Species Act. 15 U.S.C. 1540(g).

Dated: 11/27/06

Hon. Richard W. Roberts
United States District Judge